Hugh WILSON v. UNITED STATES of America.

No. 425.

Circuit Court of Appeals, Tenth Circuit.

Sept. 15, 1931.

E. T. Barbour, of Oklahoma City, Okl., for appellant.

Herbert K. Hyde, U. S. Atty., of Oklahoma City, Okl., for appellee.

Before LEWIS and McDERMOTT, Circuit Judges, and JOHNSON, District Judge.

PER CURIAM.

Appeal dismissed, on motion of appellee.

W. Andrew WOODS, Doing Business under the Fictitious Name and Style of Federal Motor Company, Claimant of One Federal Truck, Engine No. 20507, Appellant, v. UNITED STATES of America, Appellee.

No. 6788.

Circuit Court of Appeals, Ninth Circuit.

March 15, 1932.

Before WILBUR and SAWTELLE, Circuit Judges, and ST. SURE, District Judge.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties, ordered appeal dismissed; mandate forthwith.